■ In the Matter of MANOJKUMAR D. PATEL (Admitted as MANOJKUMAR DAHYABHAI PATEL), a Suspended Attorney. [610

NYS2d 762] —Motion to set aside and vacate order of suspension denied in its entirety. Concur—Sullivan, J. P., Carro, Rosenberger, Asch and Rubin, JJ.